# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>David Rodriguez Saenz,<br>a.k.a.: David Rodriguez-Saenz,<br>(A 075 528 303)<br>*Defendant* | Case No. 16-7462MJ |

**ORIGINAL**

DOA 11/17/16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 17, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

David Rodriguez Saenz, an alien, was found in the United States of America at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 4, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

SCANNED

_____
Complainant's signature

Kevin L. Barrette,
Deportation Officer
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: November 18, 2016

_____
Judge's signature

Bridget S. Bade,
United States Magistrate Judge
_____
Printed name and title

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Kevin L. Barrette, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 17, 2016, David Rodriguez Saenz was arrested by the Pinal County Sheriff's Office (PCSO) on local charges. While in PCSO custody, Rodriguez Saenz was interviewed by ICE Officer Perez, who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged, and Rodriguez Saenz was released from the PCSO and transported to the Florence ICE office for further investigation and processing. Rodriguez Saenz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed David Rodriguez Saenz to be a citizen of Mexico and a previously deported criminal alien. Rodriguez Saenz was removed from the United States to Mexico through Nogales, Arizona, on or about June 4, 2015,

1

pursuant to an order of removal issued by an immigration official. There is no record of Rodriguez Saenz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Rodriguez Saenz's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that, on or about June 26, 2012, in the Superior Court of Arizona, Maricopa County, David Rodriguez Saenz was convicted of Illegal Control of Enterprise, a felony offense. Rodriguez Saenz was sentenced to six (6) months' jail, and three (3) years' probation. Rodriguez Saenz's criminal history was matched to him by electronic fingerprint comparison.

5. On November 17, 2016, David Rodriguez Saenz was advised of his constitutional rights. Rodriguez Saenz freely and willingly acknowledged his rights and agreed to provide a statement under oath. Rodriguez Saenz stated that his true and complete name is David Rodriguez Saenz and that he is a citizen of Mexico. Rodriguez Saenz stated that he illegally entered the United States on or about April 11, 2016, near Douglas, Arizona. David Rodriguez Saenz further stated that he had previously been removed from the United States to Mexico.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 17, 2016, David Rodriguez Saenz, an alien, was found in the United

States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 4, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Kevin L. Barrette,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 18th day of November, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge